**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

MICHAEL SANDIFER,

          Plaintiff,

v.                             Case No.   3:19-cv-326-J-34PDB

NORTH FLORIDA COUNCIL, INC.,
BOY SCOUTS OF AMERICA, a not for
profit corporation,

          Defendant.

_____

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation of Voluntary Dismissal With Prejudice (Dkt. No. 23; Stipulation) filed on February 24, 2020.  In the Stipulation, the parties request dismissal of this matter with prejudice.  <u>See</u> Stipulation at 1.  Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED with prejudice**.

2. Each party shall bear its own attorneys' fees and costs.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 25th day of February, 2020.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record